IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TARA MALLORY, *individually and as*
*Personal Representative of the Estate of*
*Brenda Nolan, deceased;*
WARREN PEMBERTON, *individually*
and DEBORAH LEWIS, *as Guardian and*
*Next Friend of Yelena Lewis, a minor child,*

        Plaintiffs,

v.                                                             Civ. No. 17-0786 KG/LF

UNITED STATES OF AMERICA,

        Defendant.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Magistrate Judge Laura Fashing to conduct a fairness hearing on *Plaintiffs' Motion for Approval of the Settlement of Minor Child's Claims* (Doc. 26). The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

                                                                               _____
                                                                        UNITED STATES DISTRICT JUDGE